IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| SUPREME ELECTRICAL | § | Case No. 24-90504 |
| SERVICES, INC.[1] | § | |
| | § | |
| Debtor. | § | |

**MOTION OF THE DEBTOR FOR ENTRY
OF AN ORDER CONVERTING DEBTOR'S CHAPTER 11 CASE
TO A CASE UNDER CHAPTER 7 OF THE BANKRUPTCY CODE**

**THIS MOTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN 21 DAYS OF THE DATE THIS WAS SERVED ON YOU. YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING.**

**REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEY.**

Supreme Electrical Services, Inc. (the "**Debtor**"), debtor and debtor-in-possession in the above-referenced chapter 11 case hereby files this motion (the "Motion") for entry of an order, pursuant to section 1112(a) of title 11 of the United States Code 11 U.S.C. §§ 101-1532 (as amended, the "**Bankruptcy Code**"), converting the Debtor's chapter 11 case to a case under chapter 7 of the Bankruptcy Code. In support of this Motion, the Debtor respectfully states as follows:

---

[1] The Debtor, along with the last four digits of the Debtor's federal tax identification number is: Supreme Electrical Services, Inc. (6961). The Debtor's mailing address is 1187 Brittmoore Rd., Houston, TX 77043.

## JURISDICTION, VENUE, AND STATUTORY PREDICATES

1. This Court has jurisdiction to consider this Motion pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

2. Venue is properly before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

3. The statutory predicates for the relief sought are 11 U.S.C. §§ 1112(a), Fed. R. Bankr. P. 1017, and 9013.

## BACKGROUND

4. On September 12, 2024 (the "**Petition Date**"), the Debtor filed a Voluntary Petition for Relief under Chapter 11 of the Bankruptcy Code (the "**Chapter 11 Case**").

5. The Debtor is authorized to operate its business and manage its properties as a debtor-in-possession pursuant to Sections 1107(a) and 1108 of the Bankruptcy Code. No trustee, examiner, or statutory committee of creditors has been appointed in this Chapter 11 Case.

6. Since the Petition Date, the Debtor and its professionals have been continuing to operate its business while marketing substantially of all its assets. While multiple parties expressed interest, and one party entered into a letter-of-intent and negotiated an asset purchase agreement, the Debtor has been unable to consummate a sale of its assets.

7. At this time, the Debtor does not believe that it will be able to monetize its assets in this Chapter 11 Case and believes that it is in the best interest of its estate and creditors to convert the Chapter 11 Case to one under chapter 7.

## RELIEF REQUESTED

8. By this Motion, the Debtor seeks entry of an order, pursuant to section 1112(a) of the Bankruptcy Code, converting the Debtor's Chapter 11 Case to a case under chapter 7 of the Bankruptcy Code.

**BASIS FOR RELIEF REQUESTED**

9. Section 1112(a) of the Bankruptcy Code entitles a debtor to convert its case from chapter 11 to chapter 7, unless (i) the debtor is not a debtor in possession, (ii) the case was originally commenced as an involuntary case under chapter 11, or (iii) the case was converted to a chapter 11 case at the request of a non-debtor party. See 11 U.S.C. § 1112(a). The Debtor meets all of these statutory requirements and is thus entitled to convert his case from chapter 11 to chapter 7.

10. Section 1112(a) of the Bankruptcy Code "gives the debtor [in possession] the absolute right to convert a voluntarily commenced chapter 11 case . . . to a liquidation case" under chapter 7. *In re Schuler*, 119 B.R. 191, 192 (Bankr. W.D. Mo. 1990) (citing H.R. Rep. No. 595, 95th Cong., 1st Sess. 405 (1977); S. Rep. No. 989, 95th Cong., 2nd Sess. 117 (1978)); *see also In re Dieckhaus Stationers of King of Prussia, Inc.*, 73 B.R. 969, 971 (Bankr. E.D. Pa. 1987) (stating that the plain language of section 1112(a) "gives the debtor an absolute right to convert" unless one of the enumerated exceptions applies); 7 Collier on Bankruptcy ¶ 1112.02[1], at 1112-8 (Alan N. Resnick & Henry J. Sommer eds., 16th ed.).

11. Provided that the statutory exceptions set forth in Section 1112(a) do not apply, a debtor has an absolute right to convert its case from chapter 11 to chapter 7 of the Bankruptcy Code. *See In re Tex. Extrusion Corp.*, 844 F.2d 1142, 1161 (5th Cir. 1988) (finding that "[a] debtor has the absolute right to convert his or her Chapter 11 case to a Chapter 7 case" under section 1112(a)); *Results Sys. Corp. v. MQVP, Inc.*, 395 B.R. 1, 5 (E.D. Mich. 2008) ("[§] 1112(a) gives the debtor the right to convert a chapter 11 case to a liquidation case under chapter 7 at any time.") (internal citation omitted); *see also* Fed. R. Bankr. P. 1017(f)(1) and 1017(f)(2) (conversion under section 1112(a) is requested by motion under Bankruptcy Rule 9013 but is not to be treated as a contested matter under Bankruptcy Rule 9014).

12. The Debtor respectfully submits that the requirements for conversion set forth in 1112(a) are satisfied here. The Debtor is a debtor in possession under Section 1107 and 1108 of the Bankruptcy Code, and it commenced this Chapter 11 Case voluntarily, and there has been no prior conversion. Furthermore, the Debtor is eligible for chapter 7 bankruptcy and could have initiated this case originally under that chapter. Therefore, section 1112(a) provides an absolute right under the circumstances for the debtor to convert his case to one under chapter 7.

13. Alternatively, Bankruptcy Code section 1112(b) also authorizes the same relief if a debtor can demonstrate "cause" in accordance with the statute. *See* 11 U.S.C § 1112(b)(1). "Cause" includes "continuing loss or diminution of the estate and absence of a reasonable likelihood of rehabilitation." *Id*. § 1112(b)(4)(A). Courts have held that continuing to incur quarterly U.S. Trustee fees and legal fees may constitute a continuing loss for purposes of this prong. *See In re FRGR Managing Member LLC*, 419 B.R. 576, 581 (Bankr. S.D.N.Y. 2009). The list of factors set forth under section 1112(b)(4) are non-exclusive examples of cause and a bankruptcy court may consider other factors and employ its equitable powers to reach the result appropriate in the particular case. *See Camden Ordnance Mfg. Co. of Ark., Inc. v. U.S. Trustee* (*In re Camden Ordnance Mfg. Co. of Ark., Inc.*), 245 B.R. 794, 798 (E.D. Pa. 2000); *In re Congoleum Corp.*, 414 B.R 44, 61 (D. N.J. 2009); *In re Ramreddy, Inc.*, 440 B.R. 103, 115 (Bankr. E.D. Pa. 2009).

14. Given that there is no reasonable prospect of a successful reorganization, remaining in chapter 11 would incur additional administrative expenses without concomitant benefit to the Debtor's estate. Thus, under these circumstances, the Debtor respectfully submits that the interests of all parties in interest would be best served by converting this chapter 11 case to a case under chapter 7 of the Bankruptcy Code.

**CONCLUSION**

WHEREFORE, the Debtor respectfully requests that this Court enter an order substantially in the form submitted herewith (i) granting this Motion; (ii) converting the Debtor's chapter 11 case to a case under chapter 7 of the Bankruptcy Code; and (iii) granting such other relief as the Court deems appropriate under the presented facts and circumstances.

DATED:  March 14, 2025.

Respectfully submitted,

**KANE RUSSELL COLEMAN LOGAN PC**
By: */s/Michael P. Ridulfo*
Michael Ridulfo
TX Bar No. 16902020
SDTX Bar No. 27086
5151 San Felipe, Suite 800
Houston, Texas 77056
Tel.: (713) 425-7400
Fax: (713) 425-7700
Email: mridulfo@krcl.com

*Counsel to the Debtor*

**CERTIFICATE OF SERVICE**

This is to certify that on March 14, 2025, a true and correct copy of the foregoing notice was filed with the Court and served via the Court's electronic case filing system (ECF) upon all parties receiving such electronic service in this bankruptcy case and on the attached distribution list.

*/s/  Michael P. Ridulfo*
Michael Ridulfo

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0541-4<br>Case 24-90504<br>Southern District of Texas<br>Houston<br>Fri Mar 14 10:32:54 CDT 2025 | Ivest, LP et al<br>Pagel, Davis & Hill, P.C.<br>c/o Dennis McQueen<br>1415 Louisiana, 22nd Floor<br>Houston, TX 77002-7344 | Lewis Energy Group<br>c/o Ross, Smith & Binford, PC<br>Attn: Jason Binford<br>2901 Via Fortuna, Bldg. 6, Ste 450<br>Austin, TX 78746-0007 |
| Southstar Capital, LLC<br>c/o Howard Marc Spector<br>12770 Coit Rd, Ste 850<br>Dallas, TX 75251-1364 | Supreme Electrical Services, Inc.<br>1187 Brittmoore<br>Houston, TX 77043-5003 | 4<br>United States Bankruptcy Court<br>PO Box 61010<br>Houston, TX 77208-1010 |
| 3-CI Manufacturing Inc.<br>5555 51 Ave SE Bay 18,<br>Calgary, AB T2C 3X4, Canada | (p)ADI GLOBAL DISTRIBUTION<br>ATTN ADAN TORRES CREDIT DEPARTMENT<br>275 BROADHOLLOW ROAD<br>SUITE 400<br>MELVILLE NY 11747-4863 | AWC, Inc.<br>6655 Exchequer Dr.<br>Baton Rouge, LA 70809-5148 |
| Ambrose Tax Consulting, Inc.<br>16545 Village Dr Building A,<br>Jersey Village, TX 77040-1158 | American Tube Products, Inc.<br>3500 S Richey St # 140,<br>Houston, TX 77017-7103 | Applied Industrial Technology<br>1 Applied Plaza<br>Cleveland, OH 44115-2519 |
| Aurora Technologies, Inc.<br>19 Industrial Dr,<br>Pacific, MO 63069-3626 | B&H Foto & Electronics Corp<br>420 9th Avenue,<br>New York, NY 10001-1644 | BankDirect Capital Finance<br>150 N Field Dr Ste 190,<br>Lake Forest, IL 60045-2594 |
| Blue Cross & Blue Shield of TX<br>1001 E Lookout Dr,<br>Richardson, TX 75082-4144 | Bluevine<br>30 Montgomery St, Suite 1400<br>Jersey City, NJ 07302-3857 | CITY OF HOUSTON<br>1235 North Loop West Suite 600<br>Houston TX 77008-1772 |
| Cellco Partnership<br>d/b/a Verizon Wireless<br>William M Vermette<br>22001 Loudoun County PKWY<br>Ashburn, VA 20147-6122 | CenturyLink<br>100 CenturyLink Drive<br>Monroe, LA 71201 US. 71203-2041 | CenturyLink Communications LLC<br>Lumen Technologies Group<br>931 14th St., 9th Floor (Attn: Legal-KKY<br>Denver, CO 80202-2994 |
| Channel<br>One Research Drive, Suite 410A<br>Westborough, MA 01581-3922 | (p)CHANNEL PARTNERS CAPITAL  LLC<br>ATTN JEFF LOTHERT<br>1111 E COLLEGE DRIVE SUITE 200<br>MARSHALL MN 56258-1979 | Chase Card<br>270 Park Avenue,<br>New York, NY 10017-2070 |
| City of Houston, Water<br>Houston Water Customer Service<br>4200 Leeland St,<br>Houston, TX 77023-3097 | DX Electric<br>920 Minters Chapel Road Suite 400<br>Grapevine, TX 76051-1304 | Dearborn National Life Insurance Co<br>701 E. 22nd Street<br>Lombard, IL 60148-5097 |
| EDD Electronic Data Devices<br>7305 N County Rd W,<br>Odessa, TX 79764-1947 | EQUIPMENTSHARE INC.COM<br>2000 E BROADWAY PMB 124<br>COLUMBIA, MO 65201-6009 | Eads Distribution<br>13843 Promenade Blvd #100,<br>Stafford, TX 77477-4053 |

| | | |
|---|---|---|
| Edmonton Fasteners & Tools<br>West Location<br>16409 111 Ave NW<br>Edmonton, AB T5M 2S2 | Electroswitch<br>180 King Avenue<br>Weymouth, MA 02188-2927 | EquipmentShare.com, Inc.<br>5710 Bull Run Dr,<br>Columbia, MO 65201-2860 |
| Fox<br>1211 Avenue of the Americas<br>New York, NY 10036-8799 | Fox Capital Group, Inc.<br>c/o Kaminski Law PLLC<br>P.O. Box 247<br>Grass Lake, MI 49240-0247 | Fred L Gorman Trust<br>7 Village Oaks Lane<br>Houston, TX 77055-6535 |
| GCX Corp<br>3875 Cypress Drive,<br>Petaluma, California 94954-5635 | GK TECHSTAR LLC<br>AMANDA RARICK<br>802 WEST 13TH ST.<br>DEER PARK, TX 77536-3166 | Grainger<br>100 Grainger Parkway,<br>Lake Forest, IL 60045-5202 |
| Guardian<br>P.O. Box 981590.<br>El Paso, TX 79998-1590 | Gulf Electroquip<br>425 N Wayside Dr,<br>Houston, TX 77020-7516 | Gulf Electroquip, Ltd.<br>c/o Krell & Torigian<br>1301 McKinney St.<br>Ste. 2885<br>Houston, Texas 77010-2800 |
| Harris County<br>1001 Preston St.<br>Houston Texas 77002-1868 | (p)HARRIS COUNTY ATTORNEY'S OFFICE<br>P O BOX 2848<br>HOUSTON TX 77252-2848 | High Point Sanitary Solutions<br>10425 Okanella St,<br>Houston, TX 77041-5339 |
| Home Depot Credit Services<br>P.O. Box 790340,<br>St. Louis, MO 63179-0340 | Home Media Technologies<br>10910 Stancliff Rd<br>Houston, TX 77099-4206 | Hose Tech USA<br>13181 Harmon Rd<br>Fort Worth, TX 76177-6532 |
| Hydraquip, Inc.<br>16330 Central Green Blvd., Suite 200<br>Houston, TX 77032-5151 | Innovative IDM, LLC<br>Corporate Headquarters (Stocking Locatio<br>301 W. Vista Ridge Mall Dr., Ste. 100<br>Lewisville, Texas 75067-5062 | Insight Direct USA, Inc.<br>2701 E Insight Way<br>Chandler, AZ 85286-1947 |
| Ivest<br>9215 Solon Road, Suite D1<br>Houston, TX 77064-1236 | J. Joseph Consulting<br>21732 Hardy Oak Blvd,<br>San Antonio, TX 78258-4843 | J. Joseph Consulting, Inc.<br>c/o Gardner Law, Attn: Aaron Saxon<br>745 E. Mulberry Ave, Suite 500<br>San Antonio, TX 78212-3154 |
| Jack Farrar<br>9403 New Forest Road<br>Spring, TX 77379-6562 | Jose Varela's Lawn Service<br>5511 Bear Trail Ln,<br>Katy, TX 77449-7670 | Lapp Tannehill Inc.<br>4814 North Sam Houston Pkwy W #100<br>Houston, TX 77086-1541 |
| Logix Fiber Networks<br>2950 N Loop W 10th Floor<br>Houston, TX 77092-8891 | Madan Law PLLC<br>4900 Woodway Dr #675,<br>Houston, TX 77056-1878 | Micro Motion Inc.<br>4850 Romeda Rd,<br>Beaumont, TX 77705-1129 |

| | | |
|---|---|---|
| MicroMotion<br>Chris Hanson<br>12001 Technology Drive<br>Eden Prairie, MN 55344-3620 | Modern Pest Control, Inc.<br>1110 East Ave<br>Katy, TX 77493-2441 | Mouser Electronics<br>1000 N Main St<br>Mansfield, TX 76063-1514 |
| NAV Answers, LLC<br>1058 Candlelight Ln<br>Houston, TX 77018-2001 | NRG Business<br>910 Louisiana St.<br>Houston, TX 77002-4916 | Nanmac Corp<br>425 Fortune Blvd # 206<br>Milford, MA 01757-1756 |
| National Hose & Accessory<br>1831 S Richey St,.<br>Pasadena, TX 77502-1710 | National Instruments<br>11500 North Mopac Expressway<br>Austin, TX 78759-3563 | National Instruments<br>Chris Hanson<br>12001 Technology Drive<br>Eden Prairie, MN 55344-3620 |
| Network Technologies Inc.<br>1275 Danner Dr.<br>Aurora, OH 44202-8054 | New Eagle, LLC<br>5220 South State Road,<br>Ann Arbor, Michigan, USA 48108-7936 | Newark Corp<br>300 South Riverside Plaza Suite 2200<br>Chicago, IL 60606-6765 |
| PEI-Genesis, Inc.<br>2180 Hornig Rd<br>Philadelphia, PA 19116-4204 | Perforce Software, Inc.<br>400 First Avenue North, Suite 400<br>Minneapolis, MN 55401-1722 | Popular A/C & Heating<br>7426 Yellow Pine Dr.<br>Houston, TX 77040-1853 |
| Priority Coffee Services<br>606 Aldersgate Ct.<br>Katy, TX 77450-2201 | Professional Welding Supply<br>1021, 3000 Brittmoore Rd ste b,<br>Houston, TX 77043 | RS Americas, Inc.<br>7151 Jack Newell Blvd. S.<br>Fort Worth, Texas 76118-7037 |
| Reliant<br>910 Louisiana St.<br>Houston, TX 77002-4916 | SPRING BRANCH INDEPENDENT SCHOOL DISTRICT<br>P. O. Box 19037<br>Houston TX 77224-9037 | (p)SOUTHSTAR CAPITAL LLC<br>ATTN SUSAN LINNEY<br>840 LOWCOUNTRY BLVD<br>MOUNT PLEASANT SC 29464-3000 |
| Southstar Financial<br>SouthStar Capital Group<br>900 Wando Park Blvd<br>Mount Pleasant, SC 29464-7954 | Southwest Public Safety<br>9905 Perrin Beitel Rd.,<br>San Antonio, TX 78217-3101 | Specialty Wire & Cable Inc.<br>10911 72 St SE<br>Calgary, AB T2C 3G2 |
| Summit Electric Supply<br>2900 Stanford NE<br>Albuquerque, NM 87107-1814 | Sunstone Circuits<br>13626 S Freeman Rd,<br>Mulino, OR 97042-9638 | TG Industries, Inc.<br>31714 Industrial Park Dr<br>Pinehurst, TX 77362-3809 |
| Take 5 Inc.<br>22642 Indian Springs Rd<br>Salinas, CA 93908-9686 | Team Maintenance, Inc.<br>3330 Marks Rd<br>Houston, TX 77084-4108 | Techstar<br>802 W 13th St<br>Deer Park, TX 77536-3166 |

| | | |
|---|---|---|
| Texan Systems, LLC<br>2725 114th Street<br>Grand Prairie, TX 75050-6467 | Thales DIS CPL USA, Inc.<br>9442 N Capital of Texas Hwy #400<br>Austin, TX 78759-7262 | The Travelers Indemnity Company<br>Account Resolution- Katie Bellveau<br>40 Media Drive<br>Suite 100<br>Queensbury, NY 12804-4086 |
| US Small Business Administration<br>409 3rd St., SW<br>Washington, DC 20416-0005 | US Trustee<br>Office of the US Trustee<br>515 Rusk Ave<br>Ste 3516<br>Houston, TX 77002-2604 | UTI Technology Inc.<br>1392 Poinsettia Avenue Suite E<br>Vista, California 92081-8507 |
| VanZandt Controls, LLC<br>4714 Vista Rd<br>Pasadena, TX 77505-2810 | Vector Controls LLC<br>14517 Kirby Dr<br>Houston, TX 77047-2617 | Verizon Wireless<br>1095 Avenue of the Americas<br>New York, NY 10036-6704 |
| Wave Electronics, Inc.<br>612 Spring Hill Dr #160<br>Spring, TX 77386-6045 | Wholesale Electric Supply of Houston, Inc.<br>1500 City West Blvd, Suite 900<br>Houston, TX 77042-2556 | Winsystems, Inc.<br>2890 112th St.,<br>Grand Prairie, Texas 75050-0648 |
| Xerox Financial Services<br>45 Glover Avenue, PO Box 4505<br>Norwalk, CT 06850-1238 | Michael P Ridulfo<br>Kane Russell Coleman Logan<br>5151 San Felipe, Suite 800<br>Houston, TX 77056-3627 | William James Hotze<br>Dykema Gossett PLLC<br>5 Houston Center<br>1401 McKinney St.<br>Suite 1625<br>Houston, TX 77010-4069 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| ADI Global<br>ADI Corporate Headquarters<br>275 Broadhollow Road, Suite 400<br>Melville, NY 11747 | Channel Partners Capital, LLC<br>10900 Wayzata Blvd, Ste 300<br>Minnetonka, MN  55305 | Harris County, et al<br>P.O. Box 2848<br>Houston, TX 77252 |
| SouthStar Financial, LLC<br>Attn: Accounting<br>P.O. Box 2323<br>Mount Pleasant, SC   29465 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Gulf Electroquip, Ltd. | (u)Spring Branch Independent School District | (d)Gulf Electroquip, Ltd.<br>c/o Krell & Torigian<br>1301 McKinney St. Ste. 2885<br>Houston, Texas 77010-2800 |

```
End of Label Matrix
Mailable recipients   104
Bypassed recipients     3
Total                 107
```